THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSIE GROSS, Appellant, *v.* THOMAS HAYES, as Warden of the City Prison, Respondent.

*People ex rel. Gross* v. *Hayes*, 163 App. Div. 966, affirmed.
(Argued June 18, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1914, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody.

The relator alleged that the commitment under which she was held was void, being based on a judgment entered pursuant to direction of one illegally holding the office of county judge.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*James C. Cropsey, District Attorney* (*Hersey Egginton* and *Edward A. Freshman* of counsel), for respondent.

Order affirmed on authority of *People ex rel. Snyder* v. *Hylan* (212 N. Y. 236).

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not voting: CUDDEBACK, J.